# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASSANDRA HOLLEY,

    Plaintiff,

v.                                         Case No:  6:15-cv-1626-Orl-40GJK

SEBEK KIRKMAN LLC and NICOLA O. SWABY,

    Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 22) filed on April 5, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 26, 2016 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 22) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's general release (Doc. 22-1 at ¶ 1), the confidentiality provision (Doc. 22-1 at ¶ 5), and the mutual non-disparagement covenant (Doc. 22-1 at ¶ 7) are **STRICKEN** from the Agreement.

4. The Joint Motion for Approval of Settlement Agreement (Doc. 22) is **GRANTED** to the extent that the Court finds the Agreement (Doc. 22-1), with the modifications set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.

5. The Motion is otherwise **DENIED**.

6. The case is **DISMISSED with prejudice**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 13, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties